1436

**2017–0384.   State v. Hendrix.**
Hamilton App. No. C-160887. On appellant's application for dismissal. Application granted. Cause dismissed.

*April 5, 2017*

2017-Ohio-1267.]

**2017–0295.   Vontz v. Miller.**
Hamilton App. No. C–150693, 2016-Ohio-8477. On appellant's motion for stay. Motion granted.

*April 6, 2017*

2017-Ohio-1274.]

**2017–0010.   Disciplinary Counsel v. Rutherford.**
Sua sponte, Guy Darius Rutherford, Attorney Registration No. 0066032, last known business address in Cleveland, Ohio, found in contempt for failure to file an affidavit of compliance on or before March 3, 2017.

**2017–0115.   State v. Bonnell.**
Cuyahoga C.P. No. CR–87–223820-ZA. On appellee's motion to dismiss. Motion granted. Cause dismissed.